IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM M.W. SHARP, d/b/a ADAMS BROS. & CO., and ROGER CHENOWETH, | 7:14CV5014 |
| Plaintiffs, | ORDER |
| vs. | |
| CHERRY-TODD ELECTRIC COOP, INC., | |
| Defendant. | |

This matter is before the court on the plaintiffs' Status Report and Request for Scheduling Conference (Filing No. 53). Previously, the court entered a stay pending mediation. **See** Filing No. 51. Accordingly,

**IT IS ORDERED**:

1. The stay imposed by the April 15, 2016, Order is hereby lifted.

2. The court will hold a telephone conference on **May 23, 2016, at 10:30 a.m.** for the purpose of reviewing the preparation of the case to date and scheduling the case to trial. Plaintiffs' counsel shall initiate the conference with the undersigned magistrate judge and participating counsel.

Dated this 13th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge