IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM M.W. SHARP, AND ROGER CHENOWETH,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CHERRY-TODD ELECTRIC COOP, INC.,<br><br>          Defendant. | 7:14CV5014<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation for Dismissal with Prejudice, ECF No. 82. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice, ECF No. 82, is approved;

2. The above-captioned action is dismissed with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 29th day of December, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge